UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

# NOTICE

## CONTACT THE U. S. PROBATION OFFICE TODAY

The Court has ordered that the United States Probation Office complete a presentence investigation report in your case. You, and/or your attorney are instructed to contact the U. S. Probation Office, or report in person, within 24 hours, to schedule the presentence interview. The United States Probation Office is located at:

United States Probation Office
400 S. Virginia Street
Suite 103
Reno, Nevada 89501
775-686-5980

Upon reporting to the United States Probation Office, present this form to the receptionist. In the event you, or your attorney, are unable to contact the United States Probation Office today, you or your attorney must contact the United States Probation Office on the following business day. If you have any questions, please contact your attorney and the probation office forthwith.

**NOTE TO ATTORNEYS**: **If your defendant is in custody, it is your responsibility to contact the United States Probation Office forthwith to schedule the presentence interview.**

Case No.: 3:08-cr-126-LRH-VPC

Re Defendant: Edin David Monroy

Attorney for Defendant: Lauren Gorman, AFPD

Date of Plea: 6/3/14

Date/Time of Sentencing: Tuesday, 9/9/14, at 11:00 a.m.

Original to Defendant
Copy to Attorney
Copy to U.S. Probation
Copy to Court file

_____ on Bond

__X___ in Custody